**Motion Granted; Order Vacated and Cause Remanded and Memorandum Opinion filed November 10, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00354-CV

---

**PETROFAC FACILITIES MANAGEMENT INTERNATIONAL LIMITED AND PETROFAC BROWNFIELD, LTD., Appellants**

**V.**

**IMMI TURBINES, INC., Appellee**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2011-67559**

## M E M O R A N D U M    O P I N I O N

This is an appeal from an order signed March 27, 2015, denying the special appearance filed by Petrofac Facilities Management International Limited. On October 22, 2015, the parties filed a joint motion to vacate the trial court's order

and remand the cause for further proceedings. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, we vacate the order signed March 27, 2015, and we remand the cause to the trial court for further proceedings.


PER CURIAM


Panel consists of Justices Boyce, Busby and Brown.